UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Elwood Jefferson,<br><br>        Plaintiff,<br><br>    vs.<br><br>Wells Fargo Bank, N.A.,<br><br>        Defendant. | Case No.: 4:17-cv-01392-JSW<br><br>[PROPOSED] ORDER |

Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

Date: January 12, 2018

_____
Judge. Jeffrey S. White